**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00940-REB-MJW

CHRIS A. OZOR,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 30, 2005, the parties filed a **Stipulation for Dismissal <u>With Prejudice</u>**, [#26].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal <u>With Prejudice</u>**, [#26], filed on November 30, 2005, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 30, 2005, at Denver, Colorado.

                                                        BY THE COURT:

                                                        s/ Robert E. Blackburn
                                                        Robert E. Blackburn
                                                         United States District Court